**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**NOTICE OF REQUEST FOR RESPONSE TO CALL FOR SANCTIONS**

Appellate case name:    Nova Casualty Company as Subrogee of Dermalogica. Inc. v.
                        Sovereign Parking & Transportation Services, Inc.

Appellate case number:    01-15-00550-CV

Trial court case number:    1036244

Trial court:    Co Civil Ct at Law No 4 of Harris County

Date of Brief:    August 31, 2015

The Court requests a response to the request for sanctions included in appellee's brief as Cross Point No. 1.  *See* TEX. R. APP. P. 45 (requiring notice and opportunity to respond to determination that appeal is frivolous).  Appellee has alleged that this appeal was frivolous, brought in bad faith, and contained gross misstatements of the record. No reply was filed, and the time for filing a reply brief has elapsed.

In applying Rule 45, this court exercises prudence and careful deliberation. *See Smith v. Brown*, 51 S.W.3d 376, 381 (Tex. App.—Houston [1st Dist.] 2001, pet. denied). This court looks to the record from the viewpoint of the advocate to decide whether there were reasonable grounds to believe the case could be reversed. *Id.* The decision to award damages is a matter within this court's discretion, and Rule 45 does not mandate damages in every case in which an appeal is frivolous. *See Riggins v. Hill*, 461 S.W.3d 577, 583 (Tex. App.—Houston [14th Dist.] 2014, pet. denied).

The response, if any, should be received in the Clerk's Office no later than March 4, 2016.

Judge's signature: ____/s/ Michael Massengale_____
                        ☑ Acting individually    ☐ Acting for the Court


Date: February 23, 2016_____